IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BHAJAN SINGH BARIANA,

         Plaintiff,         CIV. S-06-0025-FCD-PAN(JFM)-PS

    v.

G. HARDY ACREE (DIRECTOR OF        ORDER
AIRPORTS), et al.,

         Defendants.
_____/

       This matter was referred to the assigned Magistrate Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On April 7, 2006, Judge Moulds recommended that defendants' motions to dismiss be granted and denied in part.  No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed April 7, 2006, are adopted in full;

    2.  Defendants' motions to dismiss filed February 10 and 15, 2006, are granted in part and denied in part;

    3.  Plaintiff's claims under 42 U.S.C. §§ 1981 and 2000e, the Fifth Amendment to the U.S. Constitution, Article I, section 31 of the California Constitution, and the California Government Code § 12900 are dismissed without leave to amend; and

    3.  Plaintiff's claims under 42 U.S.C. § 1983 and the Fourteenth Amendment to the U.S. Constitution are dismissed with leave to amend within 20 days after this order is served.

DATED: May 24, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

2