IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BHAJAN SINGH BARIANA,

      Plaintiff,                No. CIV S-06-025 FCD PAN (GGH) PS

    vs.

G. HARDEE ACREE et al.,               ORDER

      Defendants.

_____/

      The hearing on defendants' motions to dismiss, presently scheduled for August 3, 2006, before Magistrate Judge John F. Moulds, are hereby vacated and rescheduled as set forth below, pursuant to the reassignment of this case to the undersigned magistrate judge. Accordingly, defendants' motions to dismiss filed May 4 and 12, 2006, are rescheduled for hearing before the undersigned on Thursday, August 3, 2006 at 10:00 a.m., in Courtroom #24.

DATED: 6/14/06

                    /s/ Gregory G. Hollows
                    _____
                    GREGORY G. HOLLOWS
                    U. S. MAGISTRATE JUDGE

NOW6:BARIANA.reschedule.wpd