1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BHAJAN SINGH BARIANA,

11        Plaintiff,                    No. CIV S-06-0025 FCD EFB PS

12        vs.

13   G. HARDY ACREE (DIRECTOR OF
     AIRPORTS); HADI KAKAR              ORDER
14   (PRESIDENT of SITOA);
     SACRAMENTO INDEPENDENT
15   TAXI OWNERS [ASSOCIATION] (SITOA);
     SACRAMENTAL INTERNATIONAL
16   AIRPORT,

17        Defendants.
     _____/
18

19        On February 1, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on the parties and which contained notice that any objections to the

21   findings and recommendations were to be filed within ten days.  Plaintiff filed objections on

22   February 9, 2007, defendant Acree filed a reply to plaintiff's objections on February 23, 2007,

23   and they were considered by the undersigned.

24        This court reviews de novo those portions of the proposed findings of fact to

25   which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

26   Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

1

1   (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

2   the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

3   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

4   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

5   1983).

6          The court has reviewed the applicable legal standards and, good cause appearing,

7   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

8   Accordingly, IT IS ORDERED that:

9          1.  The proposed Findings and Recommendations filed February 1, 2007, are

10  ADOPTED;

11         2.  Defendant G. Hardee Acree's motion to dismiss is granted without further

12  leave to amend;

13         3.  The motion to dismiss filed by Hadi Kakar and Sacramento Independent Taxi

14  Owners Association is granted without further leave to amend;

15         4.  Defendant "Sacramento International Airport" is dismissed pursuant to Fed. R.

16  Civ. P. 4(m) and, alternatively 12(b)(6); and,

17         5.  The Clerk is directed to close this case.

18  DATED: March 7, 2007.

19

20  _____

21  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

2